1997 ND 196

**In the Matter of the Application for DISCIPLINARY ACTION AGAINST Kevin R. QUERY, a Member of the Bar of the State of North Dakota.**

**DISCIPLINARY BOARD OF THE SUPREME COURT of THE STATE OF NORTH DAKOTA; Petitioner,**

v.

**Kevin R. QUERY, Respondent.**

**No. 970314.**

Supreme Court of North Dakota.

Oct. 15, 1997.

**ORDER OF INTERIM SUSPENSION**

On October 14, 1997, an Application for Interim Suspension of Kevin R. Query, a

member of the Bar of North Dakota, with a certified copy of a September 30, 1997 Sentencing Order and Judgment attached in *State of Iowa v. Kevin Roy Query* was filed under Rule 3.4, North Dakota Rules for Lawyer Discipline (NDRLD), by Assistant Disciplinary Counsel Paul W. Jacobson. The Application shows that Kevin R. Query was admitted to practice as an attorney and counselor at law in the Courts of North Dakota on May 15, 1985, and since that time his name has appeared on the roll of attorneys admitted to the Bar of North Dakota.

Mr. Query has been convicted of a serious crime as defined by Rule 4.1(C), NDRLD, in that on September 30, 1997, Kevin Roy Query was convicted of two felonies, Sexual Abuse in the Third Degree and Sexual Exploitation of a Minor, in Iowa District Court of Polk County, Criminal No. FE109727, captioned *State of Iowa v. Kevin Roy Query.* Disciplinary Counsel requests immediate suspension of Mr. Query under Rules 4.1(C) and (D), NDRLD for conviction of a "serious crime." The definition for "serious crime" specifically includes any felony; thus, the crimes for which Mr. Query has been convicted are serious crimes warranting interim suspension under the North Dakota Rules for Lawyer Discipline. The Court considered the matter, and

ORDERED, that Kevin R. Query's license to practice law in the State of North Dakota is **SUSPENDED** effective immediately and until further order of this Court.

IT IS FURTHER ORDERED, that Mr. Query give notice as required in Rule 6.3, NDRLD, and that proof of such compliance be filed with the Supreme Court by October 27, 1997.

/s/ Gerald W. Vande Walle
GERALD W. VANDE WALLE, Chief Justice

/s/ Herbert L. Meschke
HERBERT L. MESCHKE, Justice

/s/ William A. Neumann
WILLIAM A. NEUMANN, Justice

/s/ Dale V. Sandstrom
DALE V. SANDSTROM, Justice

/s/ Mary Muehlen Maring
MARY MEUHLEN MARING, Justice